```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF TENNESSEE
            WESTERN DIVISION
```

FILED BY ___ D.C.

05 DEC 29  AM 10: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D TN — MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      No. 05-20353-M

MELVIN REESE,

    Defendant.

## ORDER RESETTING SENTENCING

Upon motion of the defendant, the stated position of the United States and for good cause shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED :

Sentencing currently scheduled for March 21, 2006 at 9:00 a.m. is hereby reset until Melvin Reese completes the BOP's 500 hour drug program in the fall of 2006. In view of the resetting, Melvin Reese shall be allowed to commence the BOP's 500 hour drug program as scheduled in January 2006.

It is further ordered that defense counsel, Michael Stengel, shall provide the Court notice of the date Mr. Reese will complete the BOP's 500 hour drug program no later than July 1, 2006 so that Melvin Reese's sentencing hearing in this cause can be set.

Entered this **28th** day of December, 2006.

_____
SAMUEL H. MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:05-CR-20353 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT